# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**PERRY LEE BALLARD,**

        Plaintiff,

        **Case No. 06-C-920**

-vs-

**CAPITAL ONE BANK, a Virginia Corporation,**

        Defendant.

## ORDER

The Court, based upon the submissions of counsel, hereby **DISMISSES** this case with prejudice.

Dated at Milwaukee, Wisconsin, this 29th day of May, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**